# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

IN RE:        LAURENE M. MARTINO                    CASE NUMBER: 5:09-CV-645 (GTS)

**Decision by Court.**        This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the within appeal be and hereby is dismissed as Appellant has failed to comply with the Federal Rules of Bankruptcy Procedure §8001(a) and §8006.

All of the above pursuant to the order of the Honorable Judge GLENN T. SUDDABY, dated the 9th day of July, 2009.

DATED: August 21, 2009

*[signature]*
Clerk of Court

s/ _____
L. Welch
Deputy Clerk